# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Autoscribe Corporation | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 2:24-cv-00325-JRG |
| | § | |
| Nuvei Corporation, Nuvei Technologies Corporation, and Nuvei Technologies, Inc., | § § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |
| | § | |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Autoscribe Corporation, by and through its undersigned counsel, certifies that as of this date, Autoscribe Corporation has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Dated: May 22, 2024

Respectfully submitted,

*/s/ Jason McManis*
Jason McManis (attorney-in-charge)
Texas Bar No.: 24088032
Colin Phillips
Texas Bar No.: 24105937
Chun Deng
Texas Bar No.: 24133178
Angela Peterson
Texas Bar No.: 24137111
Michael Killingsworth
Texas Bar No.: 24110089
**Ahmad, Zavitsanos & Mensing, PLLC**
**1221 McKinney Street, Suite 2500**
Houston, Texas 77010
Tel.: (713) 655-1101
Facsimile: (713) 655-0062
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
apeterson@azalaw.com
mkillingsworth@azalaw.com

*Attorneys for Autoscribe Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2024, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF System.

*/s/ Jason McManis*
Jason McManis