# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AUTOSCRIBE CORP., § § § *Plaintiff*, § § v. § § NUVEI CORP., NUVEI TECHNOLOGIES § CORP., and NUVEI TECHNOLOGIES, § INC., § § *Defendants*. § | CIVIL ACTION NO. 2:24-CV-00325-JRG |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion") filed by Defendants Nuvei Corporation, Nuvei Technologies Corporation, and Nuvei Technologies, Inc. ("Defendants"). (Dkt. No. 9.) In the Motion, Defendants request an extension of time to answer, move, or otherwise plead in response to the Complaint until August 15, 2024. (*Id*. at 1.) Defendants waived service of process requirements under the Hague Convention in exchange for the requested extension. (*Id*.) The Motion is unopposed. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Defendants to answer or otherwise plead is **extended** up to and including August 15, 2024. However, this Order shall not excuse the parties from appearing at any future Scheduling Conference, as noticed by the Court, and occurring prior to August 15, 2024.

**So ORDERED and SIGNED this 12th day of July, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE