# EXHIBIT 3





# Franchise Tax Account Status
As of : 08/13/2024 10:22:35

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| NUVEI TECHNOLOGIES INC. DBA PIVOTAL PAYMENTS, INC. | |
|---:|:---|
| Texas Taxpayer Number | 14812984350 |
| Mailing Address | 1375 N SCOTTSDALE RD STE 400 SCOTTSDALE, AZ 85257-3451 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | DE |
| Effective SOS Registration Date | 02/12/2004 |
| Texas SOS File Number | 0800304277 |
| Registered Agent Name | CORPORATION SERVICE COMPANY DBA CSC - LAWYERS INCO |
| Registered Office Street Address | 211 E. 7TH STREET SUITE 620 AUSTIN, TX 78701 |