# EXHIBIT 4

# Property Search

**New Search**

**Revise Current Search**

**Export Results**

| Legend | |
|---|---|
| | Business Personal Property |
| | Mineral |
| | Mobile Home |
| | Real |

**Matching properties**   *19 properties*
**Displaying all 19 results**

| | Property ID ↓ Geographic ID ↓ | Owner Name | Property Address | Legal Description | 2024 Market Value |
|---|---|---|---|---|---|
| 1 | 2506013<br>R-5103-00A-0010-1 | 5000 LEGACY LLC | 5000 Legacy Dr<br>Plano, TX  75024 | Legacy Bank Addition, Blk A, Lot 1 | $26,166,563 |
| 2 | 2537916<br>P-9000-204-5581-1 | AMERIPLAN CORPORATION | 5000 Legacy Dr #00300<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $50,935 |
| 3 | 2684075<br>P-9000-213-1832-1 | LAW OFFICES OF FRANK G PEARCE PC | 5000 Legacy Dr #00380<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $71,293 |
| 4 | 2693791<br>P-9000-214-1565-1 | EVANTAGE INC | 5000 Legacy Dr #00315<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $71,275 |
| 5 | 2693795<br>P-9000-214-1568-1 | NICHOLSON NICK MD PA | 5000 Legacy Dr #00200<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $23,392 |
| 6 | 2707765<br>P-9000-215-1630-1 | LAALI MANAGEMENT GROUP LLC | 5000 Legacy Dr #00310<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | Currently Unavailable |
| 7 | 2714594<br>P-9000-215-3623-1 | GREENWAY CARRIAGE ENTERPRISES LP | 5000 Legacy Dr #00300<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $1,000 |
| 8 | 2726745<br>P-9000-216-0737-1 | MUSTANG CREEK ENTERPRISES LLC | 5000 Legacy Dr #00210<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $136,150 |
| 9 | 2748180<br>P-9000-217-2729-1 | WOLFE RE MANAGEMENT LLC | 5000 Legacy Dr #00475<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | Currently Unavailable |
| 10 | 2785240<br>P-9000-219-1053-1 | THIRD COAST BANK | 5000 Legacy Dr #00450<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $485,920 |
| 11 | 2789996<br>P-9000-219-1694-1 | JOSH MOODY LOANS | 5000 Legacy Dr #00490<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $4,800 |

| | Property ID<br>↓ Geographic ID ↓ | Owner Name | Property Address | Legal Description | 2024 Market Value |
|---|---|---|---|---|---|
| 12 | **2790000**<br>P-9000-219-1695-1 | FUSION TECHNICAL SOLUTIONS | 5000 Legacy Dr #00221<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $25,000 |
| 13 | **2841720**<br>P-9000-222-1054-1 | HORIZON DENTAL MANAGEMENT LLC | 5000 Legacy Dr #00240<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $3,883 |
| 14 | **2867580**<br>P-9000-223-1743-1 | MEDSURANT HOLDING LLC | 5000 Legacy Dr #00330<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $21,765 |
| 15 | **2878170**<br>P-9000-223-3338-1 | WFG LENDER SERVICES LLC | 5000 Legacy Dr #00190<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $174,884 |
| 16 | **2895848**<br>P-9000-224-0233-1 | AHF LLC | 5000 Legacy Dr #00100<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $150,000 |
| 17 | **2912499**<br>P-9000-224-2455-1 | ROCKY MOUNTAIN SUPPORT SERVICES INC | 5000 Legacy Dr #00150<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $121 |
| 18 | **1973999**<br>P-9000-291-1039-1 | CHICAGO TITLE OF TEXAS LLC | 5000 Legacy Dr #00150<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $57,575 |
| 19 | **2019717**<br>P-9000-295-0576-1 | THE COMMUNICATION COUNSEL OF AMERICA INC | 5000 Legacy Dr #00250<br>Plano, TX  75024 | BPP at 5000 Legacy Dr | $38,000 |