# EXHIBIT 6

# 🔍 Taxable Entity Search Results

✅ 3 matches found for the search string  :  nuvei

ℹ️ If you have questions about the search results, send an email to tax.help@cpa.texas.gov. or call 1-800-252-1386.

## Results

| Name | Taxpayers ID# | Zip |
|------|---------------|-----|
| NUVEI TECHNOLOGIES INC. | 14812984350 | 85257 |
| NUVEI US LLC | 32081014444 | 78701 |
| NUVEILLANCE SYSTEMS, LLC | 32046987866 | 78759 |