**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Autoscribe Corporation, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:24-cv-325 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| Nuvei Corporation, Nuvei Technologies | § | |
| Corporation, and Nuvei Technologies, Inc., | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**ORDER GRANTING DEFENDANTS' RULE 12(B)(2)
AND 12(B)(3) MOTIONS TO DISMISS**

Before the Court is Defendants Nuvei Corporation's, Nuvei Technologies Corp.'s, and Nuvei Technologies, Inc.'s Rule 12(b)(2) and 12(b)(3) motions to dismiss for lack of personal jurisdiction and improper venue ("the Motions"). Having considered the Motions and the relevant authorities, the Court **GRANTS** the Motions and **DISMISSES** the case.

**So ORDERED.**