**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Autoscribe Corporation, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 2:24-CV-325 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| Nuvei Corporation, Nuvei Technologies | § | |
| Corporation, and Nuvei Technologies, Inc., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants Nuvei Corporation, Nuvei Technologies Corp., and Nuvei Technologies, Inc. ("Defendants") hereby disclose the following:

1.      Nuvei Corporation is the ultimate parent of both Nuvei Technologies Corp. and Nuvei Technologies, Inc. None of the intermediate parent/holding companies between Nuvei Corporation and either Nuvei Technologies Corp. or Nuvei Technologies, Inc. are publicly held.

2.      Nuvei Corporation is a public company traded on the NASDAQ and Toronto Stock Exchange (TSX) under the ticker "NVEI." No publicly held company owns 10% or more of Nuvei Corporation's stock.

DATED: August 16, 2024

Respectfully submitted,

*/s/  Daniel S. Leventhal*
Brett C. Govett
State Bar No. 08235900
Vlada Wendel
State Bar. No. 24131751
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Fax: (214) 855-8200
brett.govett@nortonrosefulbright.com
vlada.wendel@nortonrosefulbright.com

Daniel S. Leventhal
State Bar No. 24050923
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
Telephone: (713) 651-5151
Fax: (713) 651-5246
daniel.leventhal@nortonrosefulbright.com

Brett A. McKean
State Bar No. 24057994
Peter Hillegas
State Bar No. 24101913
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Telephone: (512) 474-5201
Fax: (512) 536-4598
brett.mckean@nortonrosefulbright.com
peter.hillegas@nortonrosefulbright.com

***Counsel for Defendants Nuvei Corporation,
Nuvei Technologies Corp., and Nuvei
Technologies, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 16, 2024, a true and correct copy of the above and foregoing document was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure.

/s/      *Peter Hillegas*
Peter Hillegas
