## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| Autoscribe Corporation | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No.: 2:24-cv-00325 |
| | § | |
| Nuvei Corporation, Nuvei Technologies | § | JURY TRIAL DEMANDED |
| Corporation, and Nuvei Technologies, Inc. | § | |
| | § | |
| *Defendants.* | § | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
### TO CONDUCT EXPEDITED VENUE DISCOVERY

Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 26(d)(1), Plaintiff Autoscribe Corporation ("Autoscribe") hereby moves for leave to conduct limited, expedited venue discovery in this matter. The Parties have conferred, and Defendants Nuvei Corporation, Nuvei Technologies Corporation, and Nuvei Technologies, Inc. ("Nuvei" or "Defendants") do not oppose this motion. The Parties have also agreed upon much of the scope of venue discovery detailed herein.

On August 15, 2024, Nuvei filed their opposed "Rule 12(B)(2) and 12(B)(3) Motions to Dismiss." *See* Dkt. No. 15 ("Motion"). While Autoscribe maintains that personal jurisdiction and venue are proper, Nuvei's Motion disputes them. The proposed discovery is narrowly focused to resolve the Parties' dispute. The Parties also maintain that good cause exists for the Court to grant this motion, and that it is not brought for any improper purpose, or to unnecessarily delay this action. *Uniloc USA, Inc. v. Apple Inc.*, No. 2:17-CV-00258-JRG, 2017 U.S. Dist. LEXIS 126523, at *3 (E.D. Tex. July 21, 2017) (granting motion for expedited venue discovery); *Blitzsafe Tex. LLC v. Mitsubishi Elec. Corp.*, No. 2:17-CV-00430-JRG, 2019 U.S. Dist. LEXIS 86350, *15 (E.D.

Tex. May 22, 2019) (allowing plaintiff to serve document requests and 30(b)(6) deposition notices). Accordingly, Autoscribe requests that the Court exercise its broad discretion to allow Autoscribe to conduct limited, expedited venue-related discovery, and stay the due date for Autoscribe's Response to Defendants' Motion as follows:

1. Venue related discovery shall be limited to the issues raised in Nuvei's Motion (Dkt. No. 15) and exhibits/declaration, and evidence necessary for Autoscribe's response to Nuvei's Motion;

2. Autoscribe may serve no more than (8) interrogatories and eight (8) document requests to Nuvei by August 30, 2024;

3. Nuvei shall respond to Autoscribe's discovery requests and produce responsive documents, if any, by October 14, 2024;

4. Autoscribe's Response to the Venue Motion (Dkt. No. 15) shall be filed by November 4, 2024;

5. Nuvei may file a Reply on or before November 18, 2024; and

6. The foregoing discovery shall not count toward the discovery limits set forth in the Court's forthcoming Discovery Order.

Dated: August 29, 2024

Respectfully submitted,

*/s/ Jason McManis*
Jason McManis (SBN# 24088032)
Colin Phillips (SBN# 24105937)
Chun Deng (SBN# 24133178)
Angela Peterson (SBN# 24137111)
Michael Killingsworth (SBN# 24110089)
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
apeterson@azalaw.com
mkillingsworth@azalaw.com

Andrea L. Fair (SBN# 24078488)
Ward, Smith, & Hill, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
(903) 757-2323 (fax)
andrea@wsfirm.com

***Attorneys for Autoscribe Corporation***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 29, 2024, a true and correct copy of the foregoing document was served via electronic delivery to all counsel of record.

*/s/ Jason McManis*
Jason McManis

## CERTIFICATE OF CONFERENCE

The parties met and conferred on August 28, 2024, to discuss the relief requested in this Motion. This Motion is unopposed.

*/s/ Jason McManis*
Jason McManis