IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Autoscribe Corporation | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No.: 2:24-cv-00325 |
| | § | |
| Nuvei Corporation, Nuvei Technologies | § | JURY TRIAL DEMANDED |
| Coporation, and Nuvei Technologies, Inc., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## UNOPPOSED MOTION TO EXTEND DEADLINES

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Autoscribe Corporation ("Autoscribe" or "Plaintiff") file this unopposed Motion to Extend its deadline to respond to Defendants Nuvei Corporation, Nuvei Technologies Corporation, and Nuvei Technologies, Inc. (together, "Nuvei" or "Defendants") Rule 12(b)(2) and 12(b)(3) Motions to Dismiss ("Motion") and Nuvei's deadline to reply, and in support thereof, state as follows:

### BACKGROUND

1. On August 15, 2024, Defendants filed their Motion to Dismiss. *See* Dkt. No. 15. Under Local Rule 7.1(e), Plaintiff's response is currently due on November 4, 2024.

2. Undersigned counsel for Plaintiff has conferred with counsel for Defendants and Defendants have confirmed they are unopposed to the one-week extension Plaintiff's request here.

### MOTION

3. A court has broad discretion to grant a request to extend time for good cause. FED. R. CIV. P. 6(b)(1)(A); *Doss v. Helpenstell*, 699 Fed. App'x 337, 339 (5th Cir. 2017) ("A district court's decision to grant a request for an extension of time is reviewed only for abuse of

discretion.").

4. Plaintiff seeks to extend its deadline to respond to Defendants' Motion by one week, from November 4, 2024 to November 11, 2024, and Defendants' deadline to reply by one week, from November 18, 2024 to November 25, 2024. Plaintiff's requested extensions will not affect any of the other deadlines in the Court's docket control order, DKT 26.

5. Plaintiff has not previously requested an extension of this deadline.

6. This extension is sought for legitimate reasons, for good cause, and not for purposes of delay. Specifically, Plaintiff and Defendants are still exchanging venue-related discovery that is pertinent to Plaintiff's response. Because the exchange of venue-related discovery is ongoing, Plaintiff anticipates needing the requested short extension to fully review the discovery and respond accordingly.

7. As set forth above and in the below Certificate of Conference, all parties are agreeable to the relief sought by this motion.

**PRAYER**

For these reasons, Plaintiff Autoscribe Corporation, respectfully asks the Court to grant this unopposed motion and enter an order in the form filed herewith extending the deadlines to respond and reply to Defendants' Motion to Dismiss by one week, so that they are due on November 11, 2024 and November 25, 2024, respectively. Nothing in this motion will affect any of the other deadlines in the Court's docket control order, *see* DKT 26.

Dated: November 1, 2024                               Respectfully submitted,

/s/ Jason McManis
Jason McManis
Texas Bar No. 24088032
Colin Phillips
Texas Bar No. 24105937
Chun Deng
Texas Bar No. 24133178
Angela Peterson
Texas Bar No. 24137111
Michael Killingsworth
State Bar No. 24110089
**AHMAD, ZAVITSANOS & MENSING, PLLC**
**1221 McKinney Street, Suite 2500**
Houston, Texas 77010
Tel.: (713) 655-1101
Facsimile: (713) 655-0062
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
apeterson@azalaw.com
mkillingsworth@azalaw.com

Andrea L. Fair
State Bar No.: 24078488
WARD, SMITH, & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
(903) 757-2323 (fax)
andrea@wsfirm.com

*Attorneys for Autoscribe Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 1st day of November, 2024.

/s/ Jason McManis
Jason McManis

## CERTIFICATE OF CONFERENCE

  The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

<u>/s/ Jason McManis</u><br>
Jason McManis