# EXHIBIT 4

# WELCOME TO NUVEI'S DOCUMENTATION PORTAL!

Nuvei provides end-to-end payment technology platforms for accepting payments using a wide range of payment methods. Our platforms offer an extensive set of customizable integration solutions and plugins, which allows merchants to provide an optimized customer experience.



## Online Payments

Nuvei offers a number of ways for you to accept online payments

Payment Page (https://docs.nuvei.com/?p=1777)

Web SDK (https://docs.nuvei.com/?p=397)

Simply Connect (https://docs.nuvei.com/?p=192505)

Server-to-Server (https://docs.nuvei.com/?p=1854)



## APMs

Nuvei offers a number of different ways for you to accept alternative payment methods (APMs)

Google Pay (https://docs.nuvei.com/?p=108496)

Apple Pay (https://docs.nuvei.com/?p=39523)

PayPal (https://docs.nuvei.com/?p=159995)

All APMs (https://docs.nuvei.com/?p=2124)



## Plugins

Nuvei offers a wide range of popular plug & play shopping cart plugins

Magento (https://docs.nuvei.com/?p=2678)



**Shopify (/?p=318885)**

**SAP (https://docs.nuvei.com/?p=154375)**

**All Plugins (https://docs.nuvei.com/?p=2336)**



## Back Office Operations

Control Panel is our back office tool for various financial operations

**Dashboard (https://docs.nuvei.com/?p=284775)**

**Operations (https://docs.nuvei.com/?p=286005)**

**Finance (https://docs.nuvei.com/?p=288465)**

**Risk (https://docs.nuvei.com/?p=292455)**

Cookies Policy (/cookie-policy)

Terms of use (https://nuvei.com/terms/)

Privacy Policy (https://nuvei.com/privacy-notice/)

2024 Nuvei. All rights reserved.