IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Autoscribe Corporation | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No.: 2:24-cv-00325 |
| | § | |
| Nuvei Corporation, Nuvei Technologies | § | JURY TRIAL DEMANDED |
| Corporation, and Nuvei Technologies, Inc. | § | |
| | § | |
| *Defendants.* | § | |

## [PROPOSED] ORDER ON UNOPPOSED MOTION FOR EXTENSION TO FILE RESPONSE TO DEFENDANTS' RULE 12(b)(2) MOTION TO DISMISS

Before the Court is Plaintiff's Unopposed Motion for Extension to File Response to Defendants' Rule 12(b)(2) Motion to Dismiss filed by Plaintiff Autoscribe Corporation ("Autoscribe"). (Dkt. No. __ at 1) In the Motion, Plaintiff represents that the parties have agreed to extend Plaintiff's deadline to respond to Defendants' Rule 12(b)(2) Motion to Dismiss (Dkt. No. 41) until after the Court rules on Plaintiff's Motion to Compel (Dkt. No. __). The Motion is unopposed. (*Id.* at 2)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that Autoscribe shall respond to Defendants' Rule 12(b)(2) Motion to Dismiss according to the following schedule:

1. Should the Court grant Plaintiff's Motion to Compel (Dkt. No. __), Plaintiff shall respond to Defendants' Motion to Dismiss within fourteen days of receipt of all discovery the Court compels to be undertaken.

2. Should the Court deny Plaintiff's Motion to Compel (Dkt. No. __), Plaintiff shall respond to Defendants' Motion to Dismiss within fourteen days of the Court's Order.