# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Autoscribe Corporation | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No.: 2:24-cv-00325 |
| | § | |
| Nuvei Corporation, Nuvei Technologies | § | JURY TRIAL DEMANDED |
| Corporation, and Nuvei Technologies, Inc. | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S UNOPPOSED MOTION TO EXPEDITE MOTION TO COMPEL BRIEFING

Plaintiff Autoscribe Corporation moves to compel discovery responses for recently named defendants in suit—Nuvei Limited and Nuvei International Group Limited—concurrently with the filing of this motion. Pursuant to the Parties' telephonic conference on December 13, Defendants are unopposed to Plaintiff's request to conduct briefing for this motion on the following expedited schedule:

1. Defendants will file their response to Plaintiff's motion by December 23, 2024.

2. Neither party will file a reply or surreply.

Autoscribe respectfully requests that the Court grant this unopposed motion and enter the attached proposed order.

Dated: December 15, 2024

Respectfully submitted,

*/s/ Jason McManis*
Jason McManis (SBN# 24088032)
Colin Phillips (SBN# 24105937)
Chun Deng (SBN# 24133178)
Angela Peterson (SBN# 24137111)
Michael Killingsworth (SBN# 24110089)
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
apeterson@azalaw.com
mkillingsworth@azalaw.com

Andrea L. Fair (SBN# 24078488)
Ward, Smith, & Hill, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
(903) 757-2323 (fax)
andrea@wsfirm.com

*Attorneys for Autoscribe Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2024, a true and correct copy of the foregoing document was served via electronic delivery to all counsel of record.

*/s/ Jason McManis*
Jason McManis

## CERTIFICATE OF CONFERENCE

The parties met and conferred on December 13, 2024, to discuss the relief requested in this Motion. This Motion is unopposed.

*/s/ Jason McManis*
Jason McManis