# EXHIBIT 1

# Peter M. Hillegas

| | |
|---|---|
| **From:** | Colin Phillips <cphillips@azalaw.com> |
| **Sent:** | Thursday, February 6, 2025 1:05 PM |
| **To:** | Brett C. Govett; Vlada Wendel; Daniel Leventhal; Peter M. Hillegas; Brett McKean |
| **Cc:** | Autoscribe |
| **Subject:** | Autoscribe v. Nuvei: |
| **Attachments:** | 2025-02-xx Joint Mtn for Entry of Agreed ESI Order.docx; 2025-02-xx Proposed ESI Order Autoscribe Nuvei.docx |

**External Email - Use Caution**

Counsel,

As we are getting into discovery, we should get an ESI order into place. Please see the attached proposed draft, along with a proposed Joint Motion for Entry of judgment. Please let us know if we have your permission to add your signature block and file it jointly.

Regards,



**COLIN PHILLIPS**
*Associate*
713.600.4971 | 800.856.8153
1221 McKinney, Suite 2500
Houston, Texas 77010
**AZALAW.COM**

The information contained in this message is privileged, confidential and intended only for the use of the addressee. If the reader of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the message is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and return the original message to the sender at the above e-mail address. Thank you.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware by **Mimecast Ltd**.