IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Autoscribe Corporation, § § § *Plaintiff*, § § V. § § Nuvei Corporation, Nuvei Technologies § Corporation, Nuvei Limited, and Nuvei § International Group Limited § § *Defendants*. § § | CIVIL ACTION NO. 2:24-CV-325 **JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY PENDING A FINDING OF PERSONAL JURISDICTION

Before the Court Defendants Nuvei Corporation, Nuvei Technologies Corp., Nuvei Limited, and Nuvei International Group Limited's Motion to Stay Pending a Finding of Personal Jurisdiction ("the Motion"). Having considered the Motion and the relevant authorities, the Court GRANTS the Motion. The case is STAYED pending the resolution of Defendants' Rule 12(B)(2) Motion to Dismiss.