### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00325-JRG |
| | § | |
| NUVEI CORPORATION, NUVEI | § | |
| TECHNOLOGIES CORPORATION, NUVEI | § | |
| LIMITED, and NUVEI INTERNATIONAL | § | |
| GROUP LIMITED, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Joint Motion for Leave to File Additional Briefing (the "Motion") filed by Plaintiff Autoscribe Corporation ("Plaintiff") and Defendants Nuvei Corporation, Nuvei Technologies Corporation, Nuvei Limited, and Nuvei International Group Limited (together, "Nuvei" or "Defendants") (collectively, the "Parties"). (Dkt. No. 75.) In the Motion, the Parties move for leave to file a reply and a sur reply with respect to Plaintiff's Supplemental Response to Defendant's Motion to Dismiss (the "Supplemental Response") (Dkt. No. 74) in compliance with the Local Rules, including with respect to timing. (Dkt. No. 75 at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Nuvei is granted leave to file a reply with respect to the Supplemental Response within seven days from the date of this Order. It is further **ORDERED** that Plaintiff is granted leave to file a sur-reply within seven days from the date on which Defendants' reply is filed.

So ORDERED and SIGNED this 14th day of May, 2025.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE