IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Autoscribe Corporation, § § § *Plaintiff,* § § v. § § Nuvei Corporation, Nuvei Technologies § Corporation, Nuvei Limited, and Nuvei § International Group Limited, § § *Defendants.* § § | Case No. 2:24-cv-00325-JRG JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to P.R. 4-3 and the Court's Docket Control Order (Dkt. 26), Plaintiff Autoscribe Corporation ("Autoscribe") and Defendants Nuvei Corporation, Nuvei Technologies Corporation, Nuvei Limited, and Nuvei International Group Limited ("Nuvei") hereby submit their Joint Claim Construction and Prehearing Statement ("JCCS").

The claim terms proposed for construction below are found within U.S. Patent No. 11,620,621 (the "'621 patent").

Pursuant to P.R. 4-3, the parties provide the following:

**I.      P.R. 4-3(a)(1) – AGREED CLAIM CONSTRUCTIONS**

The parties have met and conferred in order to discuss limiting the number of asserted claims and disputed claim terms, which they have successfully done. At this time, the parties propose the following agreed constructions:

| Claim Term | Agreed Construction |
|---|---|
| "Payment Amount" (Claims 15, 23, 25, and other dependent claims) | Plain and ordinary meaning |

## II.   P.R. 4-3(a)(2) – DISPUTED CLAIM CONSTRUCTIONS

The parties have identified the disputed claim terms and their corresponding proposed constructions in Exhibit A. Exhibit A also sets forth intrinsic and extrinsic evidence supporting the parties' respective proposed constructions. The parties reserve the right to rely upon the evidence supplied by the opposing side. In addition, each party reserves the right to amend, correct, or supplement its claim construction positions and supporting evidence in response to any change of position by any other party, or for other good cause.

## III.   P.R. 4-3(a)(3) – LENGTH OF CLAIM CONSTRUCTION HEARING

The Claim Construction Hearing is set to begin at 9:00 a.m. in Marshall, Texas before Judge Rodney Gilstrap on August 14, 2025. The parties propose that the Court allow a total of 3 hours (1.5 hours per side) for the hearing.

## IV.   P.R. 4-3(a)(4) – LIVE WITNESS TESTIMONY AT CLAIM CONSTRUCTION HEARING

At this time, Plaintiff does not intend to call any live witnesses at the claim construction hearing.

At this time, Defendants do not intend to call any live witnesses at the claim construction hearing.

## V.   P.R. 4-3(a)(5) – OTHER ISSUES

At this time, the parties are unaware of any other issues which might appropriately be taken up at a prehearing conference prior to the Claim Construction Hearing.

Dated: May 22, 2025

/s/ Jason McManis
Jason McManis (SBN# 24088032)
Colin Phillips (SBN# 24105937)
Chun Deng (SBN# 24133178)
Angela Peterson (SBN# 24137111)
Michael Killingsworth (SBN# 24110089)
Sean Healey (SBN# 24142997)
Thomas DelRosario (SBN# 24110645)
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
apeterson@azalaw.com
mkillingsworth@azalaw.com
shealey@azalaw.com
tdelrosario@azalaw.com

Andrea L. Fair (SBN# 24078488)
Miller, Fair & Henry PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
(903) 757-2323 (fax)
andrea@millerfairhenry.com

**Attorneys for Autoscribe Corporation**

Respectfully submitted,

/s/ Brett C. Govett
Brett C. Govett
State Bar No. 08235900
brett.govett@nortonrosefulbright.com
Vlada Wendel
State Bar No. 24131751
vlada.wendel@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Fax: (214) 855-8200

Daniel S. Leventhal
State Bar No. 24050923
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
Telephone: (713) 651-5151
Fax: (713) 651-5246
daniel.leventhal@nortonrosefulbright.com

Brett A. McKean
State Bar No. 24057994
Peter Hillegas
State Bar No. 24101913
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Telephone: (512) 474-5201
Fax: (512) 536-4598
brett.mckean@nortonrosefulbright.com
peter.hillegas@nortonrosefulbright.com

**Counsel for Defendants Nuvei Corporation, Nuvei Technologies Corp., Nuvei International Group Limited, and Nuvei Limited.**