## Exhibit A: Disputed Claim Terms and Evidence

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Nuvei's proposed construction and supporting evidence |
|---|---|---|

---

[1] The parties reserve the right to rely on any evidence relied upon or produced by the opposing side, including testimony and/or declarations of one or more percipient or expert witnesses.

| "secure server"<br><br>**(Claims 15, 23)** | No construction necessary beyond plain and ordinary meaning.<br><br>Not indefinite (to the extent Nuvei contends this term is indefinite).<br><br>**Intrinsic Evidence:**<br>'621 Patent, including at: FIG. 2, 3; 2:33-3:3; 5:57-62; 6:40-62; 6:63-7:8; 7:26-9:35; 10:51-57; 11:4-47; 11:61-12:5; 14:20-34; 16:12-51. Claims 1, 8-14, 15, 23, 25, 26.<br><br>**Extrinsic Evidence:**<br><br>- Ex. A<br>- Ex. B<br>- Ex. E | "server that stores the sensitive financial account information"<br><br>**Intrinsic Evidence:**<br>**'621 Patent**, including at Abstract, 1:45-48, 1:52-54, 1:63-2:3, 2:35-45, 2:51-54, 2:58-64, 3:9-15, 5:62-6:9, 6:64-7:5, 7:31-34, 7:38-44, 8:8-14, 8:37-43, 8:52-9:24, 9:45-67, 10:6-13, 10:36-45, 10:51-56, 10:58-11:3, 11:4-18, 11:34-40, 16:53-23:6, FIG 3<br><br>**Prosecution History of U.S. Patent No. 11,620,621**, including at ASC000079-87, ASC000106-128, ASC000124 n.9, ASC000124-ASC000125 n.10, ASC000126, ASC000134-152, ASC_000173-185, ASC000177-000178, ASC00180, ASC000194-221, ASC000222-255, ASC000278-312, ASC000458-491, ASC00587, ASC000664, ASC000677-678.<br><br>**Prosecution History of U.S. Patent No. 10,423,940**, including at NUVEI_0010167-10179, NUVEI_0010186-10190<br><br>**Prosecution History of U.S. Patent No. 9,576,279**, including at NUVEI_0009892-9895, NUVEI_0009817-9820, NUVEI_0009698-9706<br><br>**Decision Denying Institution of *Inter Partes* Review,** *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 12 (PTAB Jan. 29, 2025), including at NUVEI_CC_00000045 |

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Nuvei's proposed construction and supporting evidence |
|---|---|---|
| "provid[ing] / [e], to a secure server via an application programming interface (API) provided by the secure server, at least one data element associated with the payer and a payment amount from the payer to the payee"<br><br>**(Claims 15, 23)** | No construction necessary beyond plain and ordinary meaning.<br><br>Not indefinite (to the extent Nuvei contends this term is indefinite).<br><br>**Intrinsic Evidence:**<br>'621 Patent, including at: 9:12–16<br><br>**Extrinsic Evidence:**<br>- Ex. A<br>- Ex. B<br>- Ex. E<br><br>**Inter Partes Reviews:**<br>Petition for Inter Partes Review, *Nuvei Technologies, Inc. v. Autoscribe Corporation*, IPR2025-00089, Paper 1 (PTAB Nov. 6, 2024), including at:<br>- 19; 50-52, X.A.4; n.3; n.4 | "provid[ing] / [e], by the merchant server to a secure server via an application programming interface (API) provided by the secure server, at least one data element associated with the payer and a payment amount from the payer to the payee"<br><br>**Intrinsic Evidence:**<br><br>**'621 Patent**, including at Abstract, 7:16-25, 9:12-19, 16:53-23:6, FIG 3<br><br>**Prosecution History of U.S. Patent No. 11,620,621**, including at ASC000079-87, ASC000106-128 ASC_000173-185, ASC000492, ASC000500-607, ASC000608-683<br><br>**Patent Owner's Preliminary Response**, *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 10 (PTAB Oct. 31, 2024), including at NUVEI_CC_00000016-17 |

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Nuvei's proposed construction and supporting evidence |
|---|---|---|
| "provid[ing] / [e] authentication credentials to the API to establish an authenticated session, the authentication credentials identifying the payee and authenticating the payee"<br><br>**(Claims 15, 23)** | No construction necessary beyond plain and ordinary meaning.<br><br>Not indefinite (to the extent Nuvei contends this term is indefinite).<br><br>**Intrinsic Evidence:**<br>'621 Patent, including at: FIG. 4f; 11:26–42; 13:55–14:19<br><br>**Extrinsic Evidence:**<br>- Ex. A<br>- Ex. B<br>- Ex. C<br>- Ex. D<br>- Ex. E (including at "authentication" and "credentials")<br><br>**Inter Partes Reviews:**<br>Petition for Inter Partes Review, *Nuvei Technologies, Inc. v. Autoscribe Corporation*, IPR2025-00089, Paper 1 (PTAB Nov. 6, 2024), including at:<br>- 19; 50-52, X.A.4; n.3; n.4 | "provid[ing] / [e], by the merchant server, authentication credentials to the API to establish an authenticated session, the authentication credentials identifying the payee and authenticating the payee"<br><br>**Intrinsic Evidence:**<br>**'621 Patent**, including at Abstract, 16:53-23:6<br><br>**Prosecution History of U.S. Patent No. 11,620,621**, including at ASC000492, ASC000500-607, ASC000608-683<br><br>**Patent Owner's Preliminary Response**, *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 10 (PTAB Oct. 31, 2024), including at NUVEI_CC_00000016-17 |

| | | |
|---|---|---|
| "initiat[ing] / [e] a financial account registration function of the API during the authenticated session"<br><br>**(Claims 15, 23)** | No construction necessary beyond plain and ordinary meaning.<br><br>Not indefinite (to the extent Nuvei contends this term is indefinite).<br><br>**Intrinsic Evidence:**<br>'621 Patent, including at: FIGs. 3 and 4b; 5:54–6:4; 6:63–7:12; 8:26–9:5; 11:53–67; 12:1–27<br><br>**Extrinsic Evidence:**<br>• Ex. A<br>• Ex. B<br><br>**Inter Partes Reviews:**<br>Petition for Inter Partes Review, *Nuvei Technologies, Inc. v. Autoscribe Corporation*, IPR2025-00089, Paper 1 (PTAB Nov. 6, 2024), including at:<br>• 19; 50-52, X.A.4; n.3; n.4 | "initiat[ing] / [e], by the merchant server, a financial account registration function of the API during the authenticated session"<br><br>**Intrinsic Evidence:**<br><br>**'621 Patent**, including at Abstract, 5:57-61, 6:57-62, 6:63-7:1, 13:55-57, 14:60-62, 16:53-23:6, FIG. 3, 4f<br><br>**Prosecution History of U.S. Patent No. 11,620,621**, including at ASC00306, ASC000492, ASC000500-607, ASC000608-683<br><br>**Prosecution History of U.S. Patent No. 10,423,940**, including at NUVEI_0010139-10152, NUVEI_0010156-10165, NUVEI_0010167-10179, NUVEI_0010186-10190<br><br>**Prosecution History of U.S. Patent No. 9,576,279**, including at NUVEI_0009917-9928, NUVEI_0009933-9941, NUVEI_0009870-9885, NUVEI_0009898-9909, NUVEI_0009827-9844, NUVEI_0009848-9861, NUVEI_0009759-9779, NUVEI_0009796-9812, NUVEI_0009718-9733, NUVEI_0009736-9742, NUVEI_0009698-9706<br><br>**Patent Owner's Preliminary Response**, *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 10 (PTAB Oct. 31, 2024), including at NUVEI_CC_00000016-17 |

| "initiat[ing] / [e] a token retrieval function of the API during the authenticated session, the token retrieval function outputting a non-sensitive electronic data token"<br><br>(Claims 15, 23) | No construction necessary beyond plain and ordinary meaning.<br><br>Not indefinite (to the extent Nuvei contends this term is indefinite).<br><br>**Intrinsic Evidence:**<br>'621 Patent, including at: FIGs. 2, 4c, 4e, and 4l; 5:57–62; 6:63–7:5; 12:41–50; 13:47–54; 16:1–11<br><br>**Extrinsic Evidence:**<br>- Ex. A<br>- Ex. B<br>- Ex. C (including at pages 7–8 and 23–24)<br>- Ex. D (including at page 3)<br>- Ex. E (including at "token")<br><br>**Inter Partes Reviews:**<br>Petition for Inter Partes Review, *Nuvei Technologies, Inc. v. Autoscribe Corporation*, IPR2025-00089, Paper 1 (PTAB Nov. 6, 2024), including at:<br>- 19; 50-52, X.A.4; n.3; n.4 | "initiat[ing] / [e], by the merchant server, a token retrieval function of the API during the authenticated session, the token retrieval function outputting a non-sensitive electronic data token"<br><br>**Intrinsic Evidence:**<br>**'621 Patent**, including at Abstract, 5:57-61, 6:57-62, 6:63-7:1, 16:1-5, 16:53-23:6, FIG. 3, 4l<br><br>**Prosecution History of U.S. Patent No. 11,620,621**, including at ASC000492, ASC000500-607, ASC000608-683<br><br>**Prosecution History of U.S. Patent No. 10,423,940**, including at NUVEI_0010186-10190, NUVEI_0010167-10179, NUVEI_0010156-10165, NUVEI_0010139-10152<br><br>**Prosecution History of U.S. Patent No. 9,576,279**, including at NUVEI_0009917-9928, NUVEI_0009933-9941, NUVEI_0009870-9885, NUVEI_0009898-9909, NUVEI_0009827-9844, NUVEI_0009848-9861, NUVEI_0009759-9779, NUVEI_0009796-9812, NUVEI_0009718-9733, NUVEI_0009736-9742 , NUVEI_0009698-9706<br><br>**Patent Owner's Preliminary Response**, *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 10 (PTAB Oct. 31, 2024), including at NUVEI_CC_00000016-17 |

| | | |
|---|---|---|
| "the financial account registration function:<br><br>    establishing …;<br><br>    outputting …; and<br><br>    outputting"<br><br>(Claim 15) | No construction necessary beyond plain and ordinary meaning.<br><br>Not indefinite (to the extent Nuvei contends this term is indefinite).<br><br>**Intrinsic Evidence:**<br>'621 Patent, including at: FIGs. 2, 3, 4b-4e; 6:63-7:12; 8:26-36; 9:55-10:5; 11:4-17; 11:26-47; 11:53-12:27; 12:61-13:30; 16:12-51. Claims 1, 8, 15, 23, 25.<br><br>'621 Patent Prosecution History, including at: January 5, 2023 Response to Non-Final Office Action; February 22, 2023 Notice of Allowance and Examiner Interview Summary.<br><br>**Extrinsic Evidence:**<br><br>- Ex. A<br>- Ex. B<br><br>*See also* intrinsic and extrinsic evidence cited for the claim term "secure server."<br><br>**Inter Partes Reviews:**<br>Petition for Inter Partes Review, *Nuvei Technologies, Inc. v. Autoscribe Corporation*, IPR2025-00089, Paper 1 (PTAB Nov. 6, 2024), including at:<br>- 19; 50-52, X.A.4; n.3; n.4 | "the financial account registration function: establishing, by the secure server, …; outputting, by the secure server, …; and outputting, by the secure server, …;"<br><br>**Intrinsic Evidence:**<br>'**621 Patent**, including at Abstract, 1:45-48, 1:52-54, 1:63-2:3, 2:35-39, 2:39-45, 2:51-54, 2:58-64, 3:9-15, 5:57-61, 5:62-6:4, 6:5-9, 6:26-39, 6:64-7:1, 7:1-5, 7:26-34, 7:38-44, 10:58-11:3, 8:8-14, 8:37-43, 8:52-9:11, 9:12-24, 9:36-67, 10:6-13, 10:14-35, 10:36-45, 10:51-56, 11:4-18, 11:34-40, 12:1-5, 16:53-23:6, FIG. 3<br><br>**Prosecution History of U.S. Patent No. 11,620,621**, including at ASC000079-87, ASC000106-128, ASC000124 n.9, ASC000124-ASC000125 n.10, ASC000134-152, ASC_000173-185, ASC000194-221, ASC000222-255, ASC000278-312, ASC000458-491, ASC000492, ASC000500-607, ASC000608-683<br><br>**Prosecution History of U.S. Patent No. 10,423,940**, including at NUVEI_0010167-10179, NUVEI_0010186-10190<br><br>**Prosecution History of U.S. Patent No. 9,576,279**, including at NUVEI_0009892-9895, NUVEI_0009817-9820, NUVEI_0009698-9706<br><br>**Patent Owner's Preliminary Response**, *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 10 (PTAB Oct. 31, 2024), including at NUVEI_CC_00000016-17 |

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Nuvei's proposed construction and supporting evidence |
|---|---|---|
| | | **Decision Denying Institution of *Inter Partes* Review,** *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 12 (PTAB Jan. 29, 2025), including at NUVEI_CC_00000045 |

| | | |
|---|---|---|
| "the financial account registration function:<br><br>    establishing …;<br><br>    outputting …;<br>    and<br><br>outputting"<br><br>(Claim 23) | No construction necessary beyond plain and ordinary meaning.<br><br>Not indefinite (to the extent Nuvei contends this term is indefinite).<br><br>**Intrinsic Evidence:**<br>'621 Patent, including at: FIGs. 2, 3, 4b-4e; 6:63-7:12; 8:26-36; 9:55-10:5; 11:4-17; 11:26-47; 11:53-12:27; 12:61-13:30; 16:12-51. Claims 1, 8, 15, 23, 25.<br><br>'621 Patent Prosecution History, including at: January 5, 2023 Response to Non-Final Office Action; February 22, 2023 Notice of Allowance and Examiner Interview Summary.<br><br>**Extrinsic Evidence:**<br><br>- Ex. A<br>- Ex. B<br><br>*See also* intrinsic and extrinsic evidence cited for the claim term "secure server."<br><br>**Inter Partes Reviews:**<br>Petition for Inter Partes Review, *Nuvei Technologies, Inc. v. Autoscribe Corporation*, IPR2025-00089, Paper 1 (PTAB Nov. 6, 2024), including at:<br>- 19; 50-52, X.A.4; n.3; n.4 | "the financial account registration function: establishing, by the secure server, …; outputting, by the secure server, …; and outputting, by the secure server, …;"<br><br>Indefinite for inclusion of method steps in apparatus claim.<br><br>**Intrinsic Evidence:**<br>**'621 Patent**, including at Abstract, 1:45-48, 1:52-54, 1:63-2:3, 2:35-39, 2:39-45, 2:51-54, 2:58-64, 3:9-15, 5:57-61, 5:62-6:4, 6:5-9, 6:26-39, 6:64-7:1, 7:1-5, 7:26-34, 7:38-44, 10:58-11:3, 8:8-14, 8:37-43, 8:52-9:11, 9:12-24, 9:36-67, 10:6-13, 10:14-35, 10:36-45, 10:51-56, 11:4-18, 11:34-40, 12:1-5, 16:53-23:6, FIG. 3<br><br>**Prosecution History of U.S. Patent No. 11,620,621**, including at ASC000079-87, ASC000106-128, ASC000124 n.9, ASC000124-ASC000125 n.10, ASC000134-152, ASC_000173-185, ASC000194-221, ASC000222-255, ASC000278-312, ASC000458-491, ASC000492, ASC000500-607, ASC000608-683, ASC000581-582, ASC000584-585, ASC00587, ASC000664, ASC000677-678<br><br>**Prosecution History of U.S. Patent No. 10,423,940**, including at NUVEI_0010167-10179, NUVEI_0010186-10190<br><br>**Prosecution History of U.S. Patent No. 9,576,279**, including at NUVEI_0009892-9895, NUVEI_0009817-9820, NUVEI_0009698-9706 |

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Nuvei's proposed construction and supporting evidence |
|---|---|---|
| | | **Patent Owner's Preliminary Response**, *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 10 (PTAB Oct. 31, 2024), including at NUVEI_CC_00000016-17<br><br>**Decision Denying Institution of *Inter Partes* Review**, *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 12 (PTAB Jan. 29, 2025), including at NUVEI_CC_00000045 |

| | | |
|---|---|---|
| "the secure server does not provide the non-sensitive electronic data token to the payer"<br><br>(Claims 15 and 23) | No construction necessary beyond plain and ordinary meaning.<br><br>Not indefinite (to the extent Nuvei contends this term is indefinite).<br><br>**Intrinsic Evidence:**<br>'621 Patent, including at: FIGs. 4c, 4e, and 4l; 12:41–50; 13:48–54; and 16:1–11.<br>Prosecution history, including at:<br>• ASC000106–128<br><br>**Extrinsic Evidence:**<br>• Ex. A<br>• Ex. B<br><br>**IPR Briefing:**<br>Petition for Inter Partes Review, *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 4 (PTAB July 18, 2024), including at:<br>• 11-17; 63-67<br><br>Patent Owner's Preliminary Response, *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 10 (PTAB Oct. 31, 2024), including at:<br>• 4–14; 19-21; 26–28<br><br>Decision Denying Institution of Inter Partes Review, *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, | "the secure server does not, at any time, provide the non-sensitive electronic data token to the payer computer system"<br><br>**Intrinsic Evidence:**<br><br>**'621 Patent**, including at Abstract, 2:51-3:15, 5:58-62, 6:63-7:1, 7:1-12, 7:31-34, 8:37-51, 10:46-50 16:53-23:6, FIG 3<br><br>**Prosecution History of U.S. Patent No. 11,620,621**, including at ASC000033-38, ASC000079-87, ASC000106-128, ASC000134-152, ASC_000173-185, ASC000194-221, ASC000462-491, ASC000492, ASC000500-607, ASC000608-683<br><br>**Prosecution History of U.S. Patent No. 9,576,279**, including at NUVEI_0009917-9928, NUVEI_0009933-9941, NUVEI_0009892-9895, NUVEI_0009870-9885, 0009898-9909, NUVEI_0009827-9844, NUVEI_0009848-9861, NUVEI_0009818-9820, NUVEI_0009759-9779, NUVEI_0009796-9812, NUVEI_0009718-9733, NUVEI_0009736-9742<br><br>**Patent Owner's Preliminary Response**, *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 10 (PTAB Oct. 31, 2024), including at NUVEI_CC_00000008-17, NUVEI_CC_00000029-31. |

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Nuvei's proposed construction and supporting evidence |
|---|---|---|
| | IPR2024-01159, Paper 12 (PTAB Jan. 29, 2025), including at:<br>• 29-30; 32-33.<br><br>Petition for Inter Partes Review, *Nuvei Technologies, Inc. v. Autoscribe Corporation*, IPR2025-00089, Paper 1 (PTAB Nov. 6, 2024), including at:<br>• 19; 50-52, X.A.4; n.3; n.4<br><br>Patent Owner's Preliminary Response, *Nuvei Technologies, Inc., v. Autoscribe Corporation*, IPR2025-00089, Paper 8 (PTAB April 14, 2025), including at:<br>• 44-49 | **Decision Denying Institution of *Inter Partes* Review,** *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 12 (PTAB Jan. 29, 2025), including at NUVEI_CC_00000052-74.<br><br>**Patent Owner's Preliminary Response**, *Nuvei Technologies, Inc., v. Autoscribe Corporation*, IPR2025-00089, Paper 8 (PTAB April 14, 2025), including at NUVEI_CC_00000115-126. |

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Nuvei's proposed construction and supporting evidence |
|---|---|---|
| "generating a payment transaction instruction, using the token retrieval function of the API, that includes a representation of the non-sensitive electronic data token"<br><br>(Claims 15 and 23) | No construction necessary beyond plain and ordinary meaning.<br><br>Not indefinite (to the extent Nuvei contends this term is indefinite).<br><br>**Intrinsic Evidence:**<br>'621 Patent, including at:<br>- Abstract; 1:49–62; 2:64–3:3; 3:6–15; 6:63–7:12; 7:31–34; 7:44–49; 8:52–9:19; 10:46–50; 13:39–54<br>- Claims 1–3, 4, 9–11, 15–17, 23–25, 27<br>- Figs. 4b–4l<br><br>Prosecution history, including at:<br>- ASC000106–128<br><br>**Extrinsic Evidence:**<br>- Ex. A<br>- Ex. B<br><br>**IPR Briefing:**<br>Petition for Inter Partes Review, *Nuvei Technologies, Inc. v. Autoscribe Corporation*, IPR2025-00089, Paper 1 (PTAB Nov. 6, 2024), including at: 19–53 | "using the token retrieval function of the API, generating a payment transaction instruction where the payment transaction instruction includes a representation of the non-sensitive electronic data token"<br><br>**Intrinsic Evidence:**<br><br>**'621 Patent**, including at Abstract, 8:51-9:11, 9:12-24, 10:51-57, 16:53-23:6, FIG. 3<br><br>**Prosecution History of U.S. Patent No. 11,620,621**, including at ASC000079-87, ASC000106-128, ASC_000173-185, ASC000492, ASC000500-607, ASC000608-683 |

| | | |
|---|---|---|
| "generating a payment transaction instruction, using the token retrieval function of the API, that … instructs the secure server to generate and transmit an electronic request requesting the payment amount from the financial account, obtain the payment amount, and forward at least a portion of the payment amount"<br><br>(Claims 15 and 23) | No construction necessary beyond plain and ordinary meaning.<br><br>In the alternative, "generating a payment transaction instruction, using the token retrieval function of the API, that … instructs the secure server to generate and transmit an electronic request requesting the payment amount from the financial account, cause the payment amount to be obtained, and cause at least a portion of the payment amount to be forwarded"<br><br>Not indefinite (to the extent Nuvei contends this term is indefinite).<br><br>**Intrinsic Evidence:**<br>'621 Patent, including at:<br>- Abstract; 3:4–15; 6:5–22; 8:52–9:24; 10:51–11:3<br>- Claims 1, 2, 8, 9, 15, 23, 25<br>- Figs. 4b–4l<br>Prosecution history, including at:<br>- ASC000033–38; ASC000106–128; ASC000187–222; ASC000458–720<br><br>**Extrinsic Evidence:**<br>- Ex. A<br>- Ex. B<br>- Ex. C (including at pages 7–8 and 23–24)<br>- Ex. D (including at page 3)<br>- Ex. F<br><br>**IPR Briefing:** | "generating a payment transaction instruction, using the token retrieval function of the API, that … instructs the secure server to (i) generate and transmit an electronic request requesting the payment amount from the financial account, (ii) obtain the payment amount, and (iii) forward at least a portion of the payment amount"<br><br>**Intrinsic Evidence:**<br>**'621 Patent**, including at Abstract, 8:52-9:11, 9:16-19, 10:51-57, 16:53-23:6<br><br>**Prosecution History of U.S. Patent No. 11,620,621**, including at ASC000492, ASC000500-607, ASC000608-683<br><br>**Patent Owner's Preliminary Response**, *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 10 (PTAB Oct. 31, 2024), including at NUVEI_CC_00000016-17 |

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Nuvei's proposed construction and supporting evidence |
|---|---|---|
| | Patent Owner's Preliminary Response, *M&A Ventures, LLC, Repay Holdings Corporation, and Repay Holdings, LLC v. Autoscribe Corporation*, IPR2024-01159, Paper 10 (PTAB Oct. 31, 2024), including at:<br>• NUVEI_CC_00000016-17<br><br>Petition for Inter Partes Review, *Nuvei Technologies, Inc. v. Autoscribe Corporation*, IPR2025-00089, Paper 1 (PTAB Nov. 6, 2024), including at:<br>• 19–53 | |