# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Autoscribe Corporation | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No.: 2:24-cv-00325 |
| | § | |
| Nuvei Corporation, Nuvei Technologies | § | JURY TRIAL DEMANDED |
| Corporation, Nuvei Limited, and Nuvei | § | |
| International Group Limited | § | |
| | § | |
| *Defendants*. | § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

The parties of case number 2:23-cv-00325 hereby notify the Court that all matters in controversy between them have been settled, in principle. Accordingly, Autoscribe Corporation and Nuvei Corporation, Nuvei Technologies Corporation, Nuvei Limited, and Nuvei International Group Limited ("Defendants") hereby request the Court stay all matters and case deadlines in this action, including deadlines in the Docket Control Order (Dkt. 26), for thirty (30) days. This time would allow Autoscribe Corporation and Defendants to finalize and fully execute the settlement documents and obtain the necessary signatures to satisfy all conditions for dismissal so that the appropriate dismissal papers may be submitted. The motion is not filed for purposes of delay, but so that justice may be served.

- 2 -

| | |
|---|---|
| Dated: July 7, 2025 | */s/ Jason McManis* |
| | Jason McManis |
| | Texas Bar No.: 24088032 |
| | Colin Phillips |
| | Texas Bar No.: 24105937 |
| | Michael Killingsworth |
| | Texas Bar No.: 24110089 |
| | Chun Deng |
| | Texas Bar No.: 24133178 |
| | Angela Peterson |
| | Texas Bar No.: 24137111 |
| | Sean Healey |
| | Texas Bar No.: 24142997 |
| | Thomas DelRosario |
| | Texas Bar No.: 24110645 |
| | Ahmad, Zavitsanos & Mensing, PLLC |
| | 1221 McKinney Street, Suite 2500 |
| | Houston, Texas 77010 |
| | Tel.: (713) 655-1101 |
| | Facsimile: (713) 655-0062 |
| | jmcmanis@azalaw.com |
| | cphillips@azalaw.com |
| | mkillingsworth@azalaw.com |
| | cdeng@azalaw.com |
| | apeterson@azalaw.com |
| | shealey@azalaw.com |
| | tdelrosario@azalaw.com |
| | |
| | Andrea L. Fair |
| | State Bar No.: 24078488 |
| | Ward, Smith, & Hill, PLLC |
| | 1507 Bill Owens Parkway |
| | Longview, Texas 75604 |
| | (903) 757-6400 |
| | (903) 757-2323 (fax) |
| | andrea@wsfirm.com |
| | |
| | ***Attorneys for Autoscribe Corporation*** |

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 7, 2025, the foregoing document was served upon all counsel of record via ECF.

                                              */s/ Jason McManis*
                                              Jason McManis

## **CERTIFICATE OF CONFERENCE**

I certify that on July 7, 2025, I conferred with Daniel Leventhal, counsel for Defendants regarding the filing of the Joint Motion to Stay All Deadlines and Notice of Settlement, and the relief sought herein is jointly requested.

                                              */s/ Jason McManis*
                                              Jason McManis